**Tony Robert JONES, Petitioner–
Appellant,**

v.

**William ANDERSON, Superintendent,
Respondent–Appellee.**

No. 01–6731.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 17, 2001.

Decided Nov. 15, 2001.

Tony Robert Jones, pro se.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Tony Robert Jones seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) and denying his motion to set aside that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, while we grant leave to proceed in forma pauperis on appeal, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Jones v. Anderson*, No. CA–01–13–5–2–MU (W.D.N.C. Mar. 23, 2001; Apr. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*